UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JAMES MURPHY, *on behalf of himself and all other persons similarly situated*,

                          Plaintiffs,

          -against-

NICKERSON PARK CAMPGROUND, INC.,

                          Defendant.

-----------------------------------------------------------X

19-cv-7741 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2019

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: November 19, 2019
       New York, New York

Vernon S. Broderick
United States District Judge